[No. 25982–2–I.   Division One.   May 6, 1991.]

KARL SINGER, *Appellant,* v. ROY T. WISE,
ET AL, *Respondents.*

Appeal from judgments of the Superior Court for King

County, No. 88-2-10665-7, Carol A. Schapira, J., and George H. Revelle, J. Pro Tem., entered May 26, 1989 and May 23, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Pekelis and Baker, JJ.